UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

ABBY SWAN, ADAM FAUST, AND
CHRISTOPHER BAIRD,

      Plaintiffs,

v.

BROOKE ROLLINS, in her official capacity as
United States Secretary of Agriculture, and
NATIONAL DAIRY PROMOTION AND
RESEARCH BOARD,

      Defendants.

## PLAINTIFFS' DISCLOSURE STATEMENT

The undersigned, counsel of record for Abby Swan, Adam Faust, and Christopher Baird, Plaintiffs, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. of P. 7.1:

**Civil L. R. 7.1(a)(1)**: Abby Swan, Adam Faust, and Christopher Baird.

**Civil L. R. 7.1(a)(2)(A)**: Plaintiffs state there is no such corporation.

**Civil L. R. 7.1(a)(3)**: The law firm expected to appear for Plaintiffs is the Wisconsin Institute for Law & Liberty, Inc.

Dated: June 9, 2026

Respectfully Submitted,

WISCONSIN INSTITUTE
FOR LAW & LIBERTY

*s/ Rebecca C. Furdek*

Daniel P. Lennington (#1088694)
Rebecca C. Furdek (#1101543)

1241 N. Franklin Place
Milwaukee, WI 53202
Phone: (414) 727-9455

dan@will-law.org
rebecca@will-law.org

*Attorneys for Plaintiffs*