# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| Abby Swan, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   26-cv-1033 |
| Brooke Rollins, in her official capacity, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Abby Swan, Adam Faust, and Christopher Baird                                    .

Date:     06/10/2026

s/ Daniel P. Lennington
*Attorney's signature*

Daniel P. Lennington
*Printed name and bar number*

Wisconsin Institute for Law & Liberty, Inc.
1241 North Franklin Place
Milwaukee, WI 53202

*Address*

dan@will-law.org
*E-mail address*

(414) 727-9455
*Telephone number*

*FAX number*

| Print | Save As... | Reset |
|---|---|---|