UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

ABBY SWAN, ADAM FAUST, AND
CHRISTOPHER BAIRD

      Plaintiffs,

                                  Case No. 26-CV-1033

v.

BROOKE ROLLINS, in her official capacity as
United States Secretary of Agriculture, and
NATIONAL DAIRY PROMOTION AND
RESEARCH BOARD,

      Defendants.

## DECLARATION OF SERVICE BY MAIL

I, Stacy A. Stueck, effectuated service by mail to Brooke Rollins, in her official capacity as United States Secretary of Agriculture and to the National Dairy Promotion and Research Board via certified mail, by properly enclosing in a postage-paid envelope on June 15, 2026, the following documents in the above-referenced action and to the two parties as addressed below:

Doc. 1 - Complaint;
Doc. 2 - Civil Cover Sheet;
Doc. 3 - Disclosure Statement;
Doc. 4 - Court Stamped Summonses;
Doc. 5 - Notice of Appearance by Dan Lennington;
Doc. 5 - Order of Assignment to Judge Greisbach

- 1 -

<div style="margin-left: 2em;">

| | |
|---|---|
| Brooke Rollins | National Dairy Promotion |
| Secretary of Agriculture | and Research Board |
| U.S. Department of Agriculture | USDA, AMS, Dairy Program |
| 1400 Independence Ave., SW | Room 2542-S, Stop 0233 |
| Washington, D.C. 20250 | 1400 Independence Ave., SW |
| | Washington, D.C. 20250-0233 |

</div>

Copies of all the above-listed documents were sent via certified mail to the parties below in the same manner, with the exception of only the respective Summons to each party:

<div style="margin-left: 2em;">

| | |
|---|---|
| Todd Blanche | Brad Schimel |
| Acting Attorney General | 1st Assistant U.S. Attorney |
| U.S. Department of Justice | U.S. Attorney's Office |
| 950 Pennsylvania Ave., NW | 517 E. Wisconsin Ave., Ste. 530 |
| Washington, D.C. 20530-0001 | Milwaukee, WI 53202 |

</div>

The attached confirmation receipts and Certified Mail Receipts from the U.S. Postal Service confirm that these packages were all delivered, the latest one of which was delivered on June 25, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 4, 2026

<div style="margin-left: 2em;">

*s/ Stacy A. Stueck*

Stacy A. Stueck
Director of Administration
Wisconsin Institute for Law & Liberty Inc.
1241 North Franklin Place
Milwaukee, WI 53202
Telephone: (414) 727-9455

</div>

## CERTIFICATE OF SERVICE

I certify that, on August 4, 2026, I electronically filed a copy of the foregoing document with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all counsel of record.

*/s/ Rebecca C. Furdek*

Case 1:26-cv-01033-WCG     Filed 08/04/26     Page 3 of 9     Document 5






**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT** — Domestic Mail Only

Washington, DC 20250
Certified Mail Fee $5.30
Postage $3.84
Total Postage and Fees $13.54
Postmark JUN 2026 — 06/15/2026
Sent To: National Dairy Promotion + Research Board
Street: Rm. 2542-S, Stop 0233, 1400 Independence Ave. SW
City, State, ZIP+4: Washington, DC 20250-0233
PS Form 3800, January 2023 PSN 7530-02-000-9047 — See Reverse for Instructions

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT** — Domestic Mail Only

Washington, DC 20250
Certified Mail Fee $5.30
Postage $3.56
Total Postage and Fees $13.26
Postmark JUN 2026 — 06/15/2026
Sent To: Brooke Rollins, U.S. Dept. of Agriculture
Street: 1400 Independence Ave., S.W.
City, State, ZIP+4: Washington, D.C. 20250-0004
PS Form 3800, January 2023 PSN 7530-02-000-9047 — See Reverse for Instructions

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT** — Domestic Mail Only

Washington, DC 20530
Certified Mail Fee $5.30
Postage $3.56
Total Postage and Fees $13.26
Postmark JUN 2026 — 06/15/2026
Sent To: Todd Blanche, AAG, U.S. Dept. of Justice
Street: 950 Pennsylvania Ave. NW
City, State, ZIP+4: Washington DC 20530-0001
PS Form 3800, January 2023 PSN 7530-02-000-9047 — See Reverse for Instructions

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT** — Domestic Mail Only

Milwaukee, WI 53202
Certified Mail Fee $5.30
Postage $3.56
Total Postage and Fees $13.26
Postmark JUN 2026 — 06/15/2026
Sent To: Brad Schimel, 1st Assistant U.S. Attorney
Street: U.S. Attorney's Office, 517 E. Wisconsin Ave. Ste. 530
City, State, ZIP+4: Milwaukee, WI 53202-4500
PS Form 3800, January 2023 PSN 7530-02-000-9047 — See Reverse for Instructions

# USPS Tracking®                                      ›

Get the free Informed Delivery® feature to receive automated notifications on your packages                **Learn More**

Remove ✕

**Tracking Number:**

## 9589071052701280238234

Copy          Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 11:01 am on June 24, 2026 in WASHINGTON, DC 20250.

**Delivered**

**Delivered, Left with Individual**
WASHINGTON, DC 20250
June 24, 2026 11:01 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

Text & Email Updates                              ⌄

USPS Tracking Plus®                               ⌄

Case 1:26-cv-01033-WCG     Filed 08/04/26     Page 5 of 9     Document 5

## Product Information ⌄

See Less ⌃

Remove ✕

Tracking Number:

# 9589071052700913450470

Copy          Add to Informed Delivery

### Latest Update

Your item was picked up at the post office at 4:34 am on June 25, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
June 25, 2026 4:34 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates ⌄

## USPS Tracking Plus® ⌄

## Product Information ⌄

See Less ⌃

Remove ✕

**Tracking Number:**

# 9589071052700913473578

**Copy**        **Add to Informed Delivery**

## Latest Update

Your item was delivered to an individual at the address at 11:01 am on June 24, 2026 in WASHINGTON, DC 20250.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

# Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20250
June 24, 2026 11:01 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

**See Less** ⌃

**Remove** ✕

Case 1:26-cv-01033-WCG     Filed 08/04/26     Page 7 of 9     Document 5

**Tracking Number:**

# 9589071052700913450494

Copy          Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:25 am on June 16, 2026 in MILWAUKEE, WI 53202.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

MILWAUKEE, WI 53202
June 16, 2026 11:25 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Text & Email Updates                                    ⌄

USPS Tracking Plus®                                      ⌄

Product Information                                      ⌄

See Less ⌃

Track Another Package

> Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

Case 1:26-cv-01033-WCG     Filed 08/04/26     Page 8 of 9     Document 5

FAQs

Feedback

Case 1:26-cv-01033-WCG    Filed 08/04/26    Page 9 of 9    Document 5