**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN**

ABBY SWAN, *et al.*,

                    Plaintiffs,

      v.

BROOKE ROLLINS, in her official capacity as Secretary of Agriculture, *et al.*,

                  Defendants.

Case No.  1:26-cv-01033

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please take notice that undersigned attorney Eitan R. Sirkovich, of the United States Department of Justice, hereby enters his appearance as counsel for Defendants.  The undersigned attorney has read and is familiar with the local rules.

Date:  August 7, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

NOAH T. KATZEN
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Eitan R. Sirkovich*
EITAN R. SIRKOVICH
(D.C. Bar No. 90030102)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 353-5525

1

Eitan.r.sirkovich@usdoj.gov

*Attorneys for Defendants*

2

Case 1:26-cv-01033-WCG     Filed 08/07/26     Page 2 of 2     Document 6