**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| ABBY SWAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of Agriculture, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-01033 |

## CONSENT MOTION TO STAY PROCEEDINGS

Defendants respectfully move to stay all proceedings in light of recent factual developments that may resolve the present controversy without the need for the parties and the Court to expend further resources. The parties have conferred, and Plaintiffs consent to the relief requested herein.

The United States Department of Agriculture (USDA) intends to direct the National Dairy Promotion and Research Board that assessment funds may no longer be spent on Environmental, Social, and Governance (ESG) frameworks, net-zero, or climate-neutrality initiatives. As any forthcoming actions may moot or significantly alter the claims presented in this case, judicial economy will be served by a stay of proceedings. Defendants propose filing joint status reports every 30 days apprising the court of the latest updates from USDA and any discussions between the Parties to resolve the matter, unless a stipulation of dismissal is filed before then. A proposed order granting this relief is attached.

Date: September 16, 2026 Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

NOAH T. KATZEN
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Eitan R. Sirkovich*
EITAN R. SIRKOVICH
(D.C. Bar No. 90030102)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC 20005
Tel. (202) 353-5525
Eitan.r.sirkovich@usdoj.gov

*Attorneys for Defendants*