**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| ABBY SWAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of Agriculture, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-01033 |

**[PROPOSED] ORDER**

Defendants' Consent Motion to Stay Proceedings, ECF No. __, is **GRANTED**. All proceedings, including Defendants' deadline to respond to the complaint, are hereby **STAYED**. The Parties shall file joint status reports every 30 days following entry of this Order, unless a stipulation of dismissal is filed beforehand.

Date: _______, 2026 Signed: ______________________________