**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**ABBY SWAN, et al.,**

**Plaintiffs,**

**v.** **Case No. 26-C-1033**

**BROOKE ROLLINS, in her official capacity as Secretary of Agriculture, et al.,**

**Defendants.**

---

# ORDER

---

Defendants' Consent Motion to Stay Proceedings (Dkt. No. 9) is **GRANTED**. All proceedings, including Defendants' deadline to respond to the complaint (Dkt. No. 1), are hereby **STAYED**. The parties shall file joint status reports every thirty (30) days following entry of this Order, unless a stipulation of dismissal is filed beforehand.

Dated at Green Bay, Wisconsin this 17th day of September, 2026.

William C. Griesbach
United States District Judge