**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| ABBY SWAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of Agriculture, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-01033 |

**JOINT STATUS REPORT**

Defendants announced on September 17, 2026, that they would no longer be spending Dairy Checkoff funding on Environmental, Social, and Governance (ESG) promotion. *See* https://www.usda.gov/about-usda/news/press-releases/2026/09/17/usda-ends-mandatory-farmer-funding-esg-commitments-dairy-checkoff. The announcement was accompanied by a letter to the National Dairy Board informing it that "[e]ffective immediately, all projects funded by the dairy checkoff program must focus on long-term value creation for future generations and not activities advancing Environmental, Social, and Governance (ESG) frameworks, net-zero, or climate neutrality initiatives." https://www.usda.gov/sites/default/files/documents/dairy-board-letter-esg-final-91726.pdf; *see also* https://www.usda.gov/sites/default/files/documents/usda-final-esg-memorandum-9-17-26.pdf. The National Dairy Board has been directed to review current contracts and recommend for termination those which no longer align with the agency's priorities. *See id*. Contingent upon the completion of this review and recommendation process, Plaintiffs anticipate finalizing a voluntary, agreed resolution of this matter.

The Parties agree that the current stay should be extended for an additional 30 days to allow time for Plaintiffs to evaluate the agency's actions and for the Parties to reach an agreeable resolution to the matter.

Date: November 18, 2026

Respectfully submitted,


*/s/Rebecca C. Furdek*
Rebecca C. Furdek
(WI Bar No. 1101543)

Daniel P. Lennington
(WI Bar No. 1088694)

WISCONSIN INSTITUTE FOR
LAW & LIBERTY
1241 North Franklin Place
Milwaukee, WI 53202
Phone: (414) 727-9455
Rebecca@will-law.org

*Attorneys for Plaintiffs*

JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division

NOAH T. KATZEN
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Eitan R. Sirkovich*
EITAN R. SIRKOVICH
(D.C. Bar No. 90030102)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC 20005
Tel. (202) 353-5525

Eitan.r.sirkovich@usdoj.gov

*Attorneys for Defendants*